**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1324**

---

DANIEL JOHNSON WILLIS, Chairman,

           Plaintiff - Appellant,

  and

JONES COUNTY IMPROVEMENT ASSOCIATION,

           Plaintiff,

  versus

TOWN OF TRENTON, NORTH CAROLINA; SYLVIA A.
WILLIS, Mayor; AL RIGGS; W. O. LEWIS; CHARLES
JONES, JR., Councilman; GLENN NMI SPIVEY, Town
Clerk; NORTH CAROLINA DEPARTMENT OF
TRANSPORTATION; LYNDO TIPPETT, Secretary,

           Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern. Malcolm J. Howard,
District Judge. (CA-04-1-4)

---

Submitted: July 21, 2004    Decided: August 12, 2004

---

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Daniel Johnson Willis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Johnson Willis appeals the district court's order declining to file his 42 U.S.C. § 1983 (2000) complaint in light of a previously-imposed prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Willis v. Town of Trenton, No. CA-04-1-4 (E.D.N.C. Mar. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED